UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SOUTHERN ELECTRICAL RETIREMENT )
FUND                           )
                               )
v.                             )   NO. 3:07-0554
                               )   JUDGE ECHOLS
LISA HENSLEY FOWLER d/b/a      )
ELECTRICAL SYSTEMS &           )
INSTALLATION                   )

**O R D E R**

Pursuant to the Notice of Voluntary Dismissal (Docket Entry No. 16) filed by the Plaintiff, this action is hereby DISMISSED without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

*[signature]*
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE